United States District Court
WESTERN DISTRICT OF NEW YORK

MAXIEL JOSE AGUILAR JIMENEZ

v.

JAMES BAUSCH, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-1311

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Respondents' motion to dismiss is granted.

Date: July 21, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Colin J.
Deputy Clerk